IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John B. Schlosser,                          :

              Plaintiff         :      Case No. 2:06-cv-905

    v.                                      :      Judge Sargus

Michael J. Astrue,                          :      Magistrate Judge
Commissioner of Social Security,

            Defendant        :

                                    :

## ORDER

Plaintiff John B. Schlosser brings this action under 42 U.S.C. §§405(g) and 1383(c)(3) for review of a final decision of the Commissioner of Social Security denying his application for  Social Security Disability and Supplemental Security Income benefits.  This matter is before the Court on Magistrate Judge Abel's October 12, 2007 Report and Recommendation that this case be remanded to the Commissioner for the record to be more fully developed.

No objections have been filed to the Report and Recommendation.  Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court ADOPTS the Report and Recommendation.  This case is hereby REMANDED to the Commissioner for further proceedings consistent with the October 12, 2007 Report and Recommendation.

Edmund A. Sargus, Jr.
United States District Judge