AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOHN B. SCHLOSSER,**

      **Plaintiff,**

                      **JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **MICHAEL J. ASTRUE,** | **CASE NO. C2-06-905** |
| **COMMISSIONER OF SOCIAL** | **JUDGE EDMUND A. SARGUS, JR.** |
| **SECURITY,** | **MAGISTRATE JUDGE MARK R. ABEL** |

      **Defendant.**

           **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X       **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the ORDER filed December 12, 2007, JUDGMENT is hereby entered REMANDING this case to the Commissioner for further proceedings.  This case is DISMISSED.**

Date: December 12, 2007                      JAMES BONINI, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk